| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  NASSAU JOHN HOLDINGS LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  83-1106797

**4. Debtor's address**

Principal place of business

**80 Maiden Lane, Suite 1004**
**New York, NY 10038**
Number, Street, City, State & ZIP Code

**New York**
County

Mailing address, if different from principal place of business

_____
P.O. Box, Number, Street, City, State & ZIP Code

Location of principal assets, if different from principal place of business
**72-78 Nassau Street New York, NY 10038**
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **NASSAU JOHN HOLDINGS LLC**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **444 East 13th LLC**     Relationship **Affiliate**

District **Southern District of New York**     When **7/21/17**     Case number, if known **17-23143**

Debtor    **NASSAU JOHN HOLDINGS LLC**                                                                Case number (*if known*)
              Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**  _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency   _____
            Contact name         _____
            Phone                   _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **NASSAU JOHN HOLDINGS LLC** _____ Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 16, 2018**
MM / DD / YYYY

**X /s/ DAVID GOLDWASSER**                             **DAVID GOLDWASSER**
Signature of authorized representative of debtor        Printed name

Title **Authorized Signatory of GC Realty Advisors LLC, Manager**

**18. Signature of attorney**

**X /s/ A. MITCHELL GREENE**                          Date **December 16, 2018**
Signature of attorney for debtor                        MM / DD / YYYY

**A. MITCHELL GREENE**
Printed name

**ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.**
Firm name

**875 THIRD AVENUE**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone **(212) 603-6300**     Email address _____

**NY**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:                                                                                    Chapter 11

**NASSAU JOHN HOLDINGS LLC,**                                   Case No. 18-

                        Debtor.
---------------------------------------------------------------X

## CERTIFICATE OF RESOLUTION

I, the undersigned, **DAVID GOLDWASSER**, as the Managing Member of **GC REALTY ADVISORS, LLC**, the Manager of **Nassau John Holdings LLC** (the "Company"), do hereby certify that at a meeting of the Company duly called and held, the following resolutions were adopted and recorded in the Minute Book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

    **RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

    **RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that David Goldwasser, as the Managing Member of GC Realty Advisors, LLC, the Manager of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further

    **RESOLVED,** that David Goldwasser, as the Managing Member of GC Realty Advisors, LLC, the Manager of the Company, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to effectuate the filing of the Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the Company under

a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this 16 day of December, 2018.

        HAMILTON CENTER LLC
        By: GC REALTY ADVISORS, LLC AS MANAGER

By: _____
        **DAVID GOLDWASSER, MANAGING MEMBER**
        **GC REALTY ADVISORS, LLC**

{00975255.DOC;1 }

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                                    Chapter 11

**NASSAU JOHN HOLDINGS LLC,**                                  Case No. 18-

                                Debtor.
-------------------------------------------------------------X

## DECLARATION PURSUANT TO LOCAL RULE 1007

**David Goldwasser**, hereby declares under penalty of perjury that the following statements are true and correct:

1.    I am the managing member of GC Realty Advisors, LLC the manager of Nassau John Holdings LLC, the debtor (the "Debtor"), and am fully familiar with the facts set forth herein.

2.    I submit this declaration in accordance with Local Bankruptcy Rule 1007 in support of the Debtor's filing of a voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

3.    The Debtor is a limited liability company currently under contract to purchase the real property located at 72-78 Nassau Street, New York, New York (the "Property").  The Property is currently owned by Galb Realty Associates, LLC (the "Seller").  Debtor and Seller entered into a Agreement of Sale and Purchase dated July 3, 2018 (the "Contract"), to sell the Property to the Debtor.  Pursuant to an Agreement to Adjourn Closing, the closing date was adjourned to December 17, 2018, time is of the essence.  In exchange for the December 17, 2018 closing date, the Debtor released its $3,030,000 deposit to the Seller.  However, as of December 17, 2018, the Debtor is unable to close under the terms of the Contract.

4. The Debtor's case is being commenced in order for it to exercise its rights under the Bankruptcy Code in order to preserve its position as a contract vendee under the Contract and close on the sale of the Property.

5. No pre-petition committee was organized prior to the Order for relief.

6. No property of the Debtor is in the possession and control of a receiver.

7. I declare under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. §1746, that the foregoing is true and correct.

Dated: December 16, 2018

        NASSAU JOHNS HOLDINGS LLC
        By: GC REALTY ADVISORS, LLC AS MANAGER

        By: _____
        DAVID GOLDWASSER, MANAGING MEMBER
        GC REALTY ADVISORS, LLC

# United States Bankruptcy Court
## Southern District of New York

In re: **NASSAU JOHN HOLDINGS LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Signatory of GC Realty Advisors LLC, Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **December 16, 2018**

**/s/ DAVID GOLDWASSER**
**DAVID GOLDWASSER/Authorized Signatory of GC Realty Advisors LLC, Manager**
Signer/Title

```
4BOYZ DOWNTOWN LLC
225 BROADHOLLOW ROAD
SUITE 102
MELVILLE, NY 11747


ACKMAN ZIFF
711 THIRD AVENUE
11TH FLOOR
NEW YORK, NY 10017


BENI & JERRY DOWNTOWN LLC
225 BROADHOLLOW ROAD
SUITE 102
MELVILLE, NY 11747


BRYAN CAVE LEIGHTON PAISNER
1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104


CORP. COUNSEL FOR NYC
100 CHURCH STREET
NEW YORK, NY 10007


CROWN HOLDINGS NYC, LLC
80 MAIDEN LANE
SUITE 1004
NEW YORK, NY 10038


DANIEL C RAGGIO
2425 VICTORY AVENUE
APT. 260
DALLAS, TX 75219


DAVID SHIH
1125 MAXWELL LANE
APT. 460
HOBOKEN, NJ 07030


DUVAL & STACHENFELD LLP
555 MADISON AVENUE
6TH FLOOR
NEW YORK, NY 10022


EDWARD JOHNSEN JR.
14112 LISSADELL CIRCLE
CHARLOTTE, NC 28277
```

```
F P NASSAU LLC
1 PARKSIDE COURT
WAYNE, NJ 07470


F P NASSAU LLC
1 PARKSIDE COURT
WAYNE, NJ 07470


GALB REALTY ASSOCIATES, LLC
72 NASSAU STREET
3C
NEW YORK, NY 10038


HEATHER M BOLDT
350 BLEECKER STREET
APT. 6N
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


JAMES GUTHRIE GARVIN
188 LUDLOW STREET
APT 24K
NEW YORK, NY 10002


JASON A GREENSTONE
86 W 12TH STREET
APT. 5A
NEW YORK, NY 10011


JOHN B MASSOPUST
301 KENWOOD PARKWAY
APT. 501
MINNEAPOLIS, MN 55403


JORDAN METZGER
61 HIGH RIDGE ROAD
MOUNT KISCO, NY 10549


JPR NASSAU LLC
10 HANOVER SQUARE
APT. 22K
NEW YORK, NY 10005
```

```
MADISON REALTY CAPITAL
825 THIRD AVENUE
37TH FLOOR
NEW YORK, NY 10002


MARTIN A. LIST
2425 EMBASSY DRIVE
WEST PALM BEACH, FL 33401


NCMM HOLDINGS, LLC
225 BROADHOLLOW ROAD
SUITE 102
MELVILLE, NY 11747


NEW YORK STATE DEPT. OF FINANC
ATTN:  BANKRUPTCY SPECIAL PROC
PO BOX 5300
ALBANY, NY 12205


NIBOR RAW LLC
148 WEST 23RD STREET
APT. 7A
NEW YORK, NY 10011


NISHA DESHMUKH
88 LEONARD STREET
APT. 917
NEW YORK, NY 10013


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL.
ATTN:  LEGAL AFFAIRS
BROOKLYN, NY 11201


OFFICE OF THE ATTORNEY GENERAL
28 LIBERTY ST.
NEW YORK, NY 10005


RIVEROAK NYC II NASSAU, LLC
ONE ATLANTIC STREET
STAMFORD, CT 06901


RIZZI HOLDINGS LLC
1580 EAST 28TH STREET
BROOKLYN, NY 11229
```

```
SCOTT BROWNRIGG, INC.
80 MAIDEN LANE
SUITE 1004
NEW YORK, NY 10038


SKYVIEW MONROE L.L.C.
19 SKYVIEW DRIVE
ARMONK, NY 10504


TYSONDUKE CONSULTING CORP.
27 WINTERGREEN DRIVE
MELVILLE, NY 11747


US ATTY OFFICE -SDNY
86 CHAMBERS STREET
ATTN:  TAX AND BANKRUPTCY
NEW YORK, NY 10007


ZACHARY PRICE
8 SPRUCE STREET
APT. 31N
NEW YORK, NY 10038
```